**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
SAMUEL FELIX-OJEDA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSWALDO IBARRA-MEZA and<br>SAMUEL FELIX-OJEDA,<br><br>Defendants. | Case No.: 1:12-CR-00220-LJO-SKO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER.** |

    The parties hereto, by and through their respective attorneys, stipulate that the briefing schedule for the motion hearing on March 4, 2013 be extended.  Under the stipulation, the filing deadline for motions would be extended from January 18, 2013 to January 25, 2013, the filing deadline for responses would be extended from February 8, 2013 to February 15, 2013, and the deadline for any replies would be the following week.

    The motion hearing was previously continued from February 25, 2013 to the current March 4, 2013 date, and this extended briefing schedule will allow the parties corresponding additional time to prepare for the hearing.

Dated: January 18, 2013                                 /s/ Mark W. Coleman
                                                                          MARK W. COLEMAN
                                                                          Attorney for Defendant
                                                                          SAMUEL FELIX OJEDA

1
Stipulation to Extend Briefing Schedule and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 18, 2013                    /s/ Preciliano Martinez
                                           PRECILIANO MARTINEZ
                                           Attorney for Defendant

                                           OSWALDO IBARRA-MEZA


Dated: January 18, 2013                    /s/ Kathleen A. Servatius
                                           KATHLEEN A. SERVATIUS
                                           Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

   Dated:   **January 18, 2013**                **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com