1  BENJAMIN B. WAGNER
   United States Attorney
2  United States District Judge
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

FILED

JAN 30 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

7
8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIAl

10  UNITED STATES OF AMERICA,              CASE NO. 1:12-CR-00220 LJO

11                    Plaintiff,           ORDER PERMITTING GOVERNMENT TO FILE
                                           SENTENCING MEMORANDUM UNDER SEAL
12                    v.
                                           DATE: February 3, 2014
13  OSWALDO IBARRA-MEZA,                   TIME: 8:30 a.m.
                                           COURT: Hon. Lawrence J. O'Neill
14                    Defendant.

15

16      The United States of America, by and through Benjamin B. Wagner, United States Attorney, and

17  Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file its

18  sentencing memorandum under seal until further order of the Court, and good cause appearing therefore,

19      IT IS SO ORDERED.

20
    Dated: February 3, 2014           By:  _____
21                                          United States District Judge
                                            Honorable Lawrence J. O'Neill
22

23

24

25

26

27

28