HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OSWALDO IBARRA-MEZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OSWALDO IBARRA-MEZA,<br><br>    Defendant | No.  1:12-cr-220 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, OSWALDO IBARRA-MEZA, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 3, 2014, this Court sentenced Mr. Ibarra-Meza to a term of 121 months imprisonment;

3. His total offense level was 33, his criminal history category was II, and the resulting guideline range was 151 to 188 months.  He received a reduction off the low-end of the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Ibarra-Meza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ibarra-Meza's total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 151 months. A reduction comparable to the one he received initially produces a term of 96 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ibarra-Meza's term of imprisonment to a total term of 96 months.

Respectfully submitted,

Dated:  January 28, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/  *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 28, 2016

HEATHER E. WILLIAMS
Federal Defender


 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
OSWALDO IBARRA-MEZA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ibarra-Meza is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months. A reduction comparable to the one he received initially produces a term of 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2014 is reduced to a term of 96 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO 247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO 247 form on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Oswaldo Ibarra-Meza shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **January 28, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE